NO._____

| BOBBY SIMMONS | § | IN THE COURT OF |
|---|---|---|
| | § | |
| V. | § | CRIMINAL APPEALS |
| | § | |
| THE STATE OF TEXAS | § | OF TEXAS |

### PRO SE MOTION REQUESTING LEAVE TO FILE AN ORIGINAL COPY ONLY OF THE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

COMES NOW the Appellant in the above-styled and numbered cause and respectfully moves this Honorable Court to grant leave to file an original copy only of the Petition for Discretionary Review and in support therof would show to the Court the following:

1. The style and appeal number in the Dallas Court of Appeals is: BOBBY SIMMONS V. THE STATE OF TEXAS; Appeal No.05-14-00241-CR, 05-14-00240-CR.

2. The Appellant moves that, pursuant to Rule 2, Texas Rules of Appellate Procedure, this Court suspend Rule 9.3(b), T.R.A.P., that requires the filing of eleven(11) copies of the Petition for Discretionary Review with the Court.

3. The facts relied upon to show good cause for this request are as follows: The Appellant is indigent and incarcerated and does not have access to a photo copier. The Appellant is presently not represented by counsel and intends to file a Pro Se Petition for Discretionary Review.

FILED IN
COURT OF CRIMINAL APPEALS

JAN 22 2015

Abel Acosta, Clerk

1

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 20 2015

Abel Acosta, Clerk

**WHEREFORE, PREMISES CONSIDERED,** the Appellant respectfully requests that this Honorable Court grant leave to file an original copy only of the Petition for Discretionary Review with the Court.

Respectfully submitted,

*Bobby Simmons*

Bobby Simmons #1941546
Telford Unit
3899 State Hwy 98
New Boston, Texas 75570

## CERTIFICATE OF SERVICE

The Appellant hereby certifies that a copy of the foregoing Motion has been mailed to the Office of the Criminal District Attorney for Dallas County, Frank Crowley Courts Building, 133 N. Riverfront Blvd., LB-19, Dallas, Texas 75207-4399, on this 12 day of January, 2015.

*Bobby Simmons*

Bobby Simmons